IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD ULL,**

    **Plaintiff,**

**v.**

**FIRE SAFETY, INC.,**

                                            **Case No. 09-cv-81-DRH**
    **Defendant.**                        **(Consolidated with 09-cv-509-DRH)**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 25, 2010, this case is **DISMISSED**  with prejudice.  Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


                                        **BY:**      **/s/*Sandy Pannier***
                                                           **Deputy Clerk**

Dated: January 28, 2010


APPROVED:  /s/  *David R Herndon*
                    CHIEF JUDGE
                    U. S. DISTRICT COURT